# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

146607 & (52)(55)

BARRY COUNTY TREASURER,
      Plaintiff-Appellee,

v

ROBERT KLINGE, d/b/a BOB'S
ENGINE HOSPITAL,
      Defendant-Appellant.

SC: 146607
COA: 308783
Barry CC: 11-000268-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 8, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2013

_____
Clerk

d0205